LESLIE E. KEELEY CO. et al. v. BURSON. (Circuit Court of Appeals, Seventh Circuit. October 6, 1897.) No. 409. Appeal from the Circuit Court

of the United States for the Northern District of Illinois. Wm. Rothman, for Leslie E. Keeley Co. and others. R. L. Tatham, for James N. Burson. Dismissed, on motion of appellant.